# United States District Court
# Western District of North Carolina
# Charlotte Division

| Karen Sue Blum, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Appellant, | ) | 3:19-cv-00048-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| AB. Burton Shuford, | ) | |
| Appellee. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2019 Order.

September 27, 2019

*[signature]*

Frank G. Johns, Clerk
United States District Court